# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

ROBERT EOM
143 Rhode Island Avenue, NW
Apt. 4
Washington, DC 20001

        Plaintiff,

v.

UNITED STATES OF AMERICA
401 14th Street, SW
Washington, DC 20227

  SERVE:

    Jefferson B. Sessions III
    United States Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

    Jessie K. Liu
    United States Attorney for the
    District of Columbia
    United States Attorney's Office
    555 4th Street, NW
    Washington, DC 20530

    Kim McCoy
    Commissioner
    Bureau of Fiscal Service
    401 14th Street, SW
    Washington, DC 20227

    Paul Wolfteich
    Chief Counsel
    Bureau of Fiscal Service
    401 14th Street, SW
    Washington, DC 20227

At Law No.:

-and-

KO-AM ENTERPRISES, INC.
42817 Iron Bit Place
Chantilly, VA 20152

    **SERVE:**
    In K. Pak
    4809 Howard Avenue E.
    Beltsville, MD 20705

-and-

VERNON SHANNON
1803 Tanow Place
District Heights, MD 20747

        Defendants.

# COMPLAINT

(Negligence)

## INTRODUCTION

1.     This a civil action brought pursuant to 28 U.S.C. §§ 1346, 1367, 2671 *et seq.* seeking damages for Plaintiff's injury caused by the negligence of Defendants.

2.     In addition, it is a civil action seeking damages against the Defendants for acts of negligence under common law.

## JURISDICTION

3.     Jurisdiction exists in this case pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b). Plaintiff further invokes the supplemental jurisdiction of this court to adjudicate pendent claims arising under the laws of the District of Columbia pursuant to 28 U.S.C. § 1367.

4. Venue of this court is proper as the incident occurred in the District of Columbia.

5. Defendant United States of America has been given notice of this claim pursuant to 28 U.S.C. § 2675 with the filing of Plaintiff's Standard Form 95 to the Department of the Treasury Bureau of the Fiscal Service on April 18, 2017.

## PARTIES

6. Plaintiff, Robert Eom, is a resident of the District of Columbia.

7. Defendant United States of America is the appropriate Defendant under the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671 *et seq.*

8. The Department of the Treasury Bureau of the Fiscal Service at all times relevant to this Complaint, was the agency of Defendant United States of America that employed Defendant Vernon Shannon, who is alleged to have caused the incident set forth herein while in the scope of his employment for the Department of the Treasury Bureau of the Fiscal Service.

9. Defendant Ko-Am Enterprises, Inc. ("Defendant Ko-Am") is a corporation that transacts business in the District of Columbia with a principal office located at the above-captioned address.

10. Defendant Vernon Shannon ("Defendant Shannon) is an individual who resides at the above-captioned address.

## STATEMENT OF FACTS

11. On or about April 13, 2017, Plaintiff's counsel forwarded a Standard Form 95 form, providing notice of Plaintiff's claim under Federal Tort Claims Act, to Defendant United States of America, through its agencies, Department of the Treasury Bureau of Fiscal Service.

12. Plaintiff's Standard Form 95 was acknowledged as having been received on April 18,

2017 by the Department of the Treasury Bureau of Fiscal Service.

13. On or about March 6, 2018, the Department of the Treasury Bureau of Fiscal Service mailed a letter denying Plaintiff's claim.

14. On or about April 13, 2016, at approximately 11:26 a.m., Plaintiff was operating a bicycle on 15th Street SW at or near the intersection with Maine Avenue SW in the District of Columbia.

15. On or about April 13, 2016, at approximately 11:26 a.m., Defendant Shannon was operating a motor vehicle attempting to cross 15th Street SW at or near the intersection with Maine Avenue SW in the District of Columbia.

16. At all relevant times, the Department of the Treasury Bureau of the Fiscal Service, and therefore, Defendant United States of America, owned the motor vehicle that Defendant Shannon was operating.

17. At all relevant times, Defendant Shannon was an employee and/or agent of the Department of the Treasury Bureau of the Fiscal Service, and therefore, Defendant United States of America.

18. In addition or in the alternative, at all relevant times, Defendant Shannon was an employee and/or agent of Defendant Ko-Am

19. At all relevant times, Defendant Shannon was acting within the scope of his employment and/or agency for the Department of the Treasury Bureau of the Fiscal Service, and therefore, Defendant United States of America.

20. In addition or in the alternative, at all relevant times, Defendant Shannon was acting within the scope of his employment and/or agency for Defendant Ko-Am.

21. On or about April 13, 2016, at approximately 11:26 a.m., Defendant Shannon struck and

collided with Plaintiff.

22. At all relevant times, Defendant Shannon failed to pay full time and attention, failed to maintain a proper lookout, failed to slow the vehicle in order to avoid a collision, failed to yield the right of way, and failed to exercise ordinary and reasonable care under the circumstances.  In violation of his duties, Defendant Shannon caused the motor vehicle collision as set forth herein.

23. As a direct and proximate result of the collision alleged herein, Plaintiff suffered bodily injuries and shock to his nervous system which have caused, and will continue to cause, physical and mental pain and suffering for the rest of his life.  Plaintiff has incurred, and will continue to incur medical and related expenses, including lost wages and property damage.

24. Plaintiff has complied with all conditions precedent.

### COUNT I: NEGLIGENCE OF DEFENDANT SHANNON

25. Plaintiff incorporates the above paragraphs as if fully set forth herein.

26. At all times mentioned herein, Defendant Shannon had the duty to operate his motor vehicle in a reasonably safe manner, which included, but was in no way limited to, paying full time and attention, maintaining a proper lookout, slowing the vehicle in order to avoid a collision, yielding the right of way, and exercising ordinary and reasonable care under the circumstances.  In violation of his duties, Defendant Shannon caused the motor vehicle collision as set forth herein.

27. As a direct and proximate result of Defendant Shannon's negligence, Plaintiff suffered the injuries alleged herein.

28. The injuries alleged herein occurred solely as a proximate result of Defendant Shannon's negligence without any contributory negligence on the part of Plaintiff.

### COUNT II: VICARIOUS LIABILITY OF DEFENDANT UNITED STATES OF AMERICA

29. Plaintiff restates and realleges each and every allegation set forth above as if fully set forth herein.

30. At all relevant times, Defendant Shannon was acting within the scope of his employment and/or agency for Defendant United States of America through its agency the Department of the Treasury Bureau of the Fiscal Service.

31. Therefore, Defendant United States of America is vicariously liable for the negligence of its agent or employee, Defendant Shannon as alleged herein.

32. As a result of Defendant Shannon's negligence, Plaintiff suffered injuries and damages as set forth above.

33. The above injuries and damages were caused solely and proximately by Defendants' negligence without any contributory negligence on the part of Plaintiff.

### COUNT II: VICARIOUS LIABILITY OF DEFENDANT KO-AM ENTERPRISES, INC.

34. Plaintiff restates and realleges each and every allegation set forth above as if fully set forth herein.

35. At all relevant times, Defendant Shannon was acting within the scope of his employment and/or agency for Defendant Ko-Am Enterprises, Inc.

36. Therefore, Defendant Ko-Am Enterprises, Inc. is vicariously liable for the negligence of its agent or employee, Defendant Shannon as alleged herein.

37. As a result of Defendant Shannon's negligence, Plaintiff suffered injuries and damages as set forth above.

38. The above injuries and damages were caused solely and proximately by Defendants'

negligence without any contributory negligence on the part of Plaintiff.

**WHEREFORE**, Plaintiff respectfully requests judgment against each Defendant in the amount of one million dollars ($1,000,000.00) in compensatory damages, interest, and such other relief as the Court deems just and proper.

Date: September 4, 2018                    RESPECTFULLY SUBMITTED,


                              **/s/ Michael C. Robinett**
                              _____
                              Michael C. Robinett, #503231
                              SIMEONE & MILLER, LLP
                              1130 Connecticut Avenue, NW
                              Suite 350
                              Washington, DC 20036
                              (202) 628-3050
                              Fax: (202) 466-1833
                              mrobinett@simeonemiller.com
                              *Counsel for Plaintiff*

## JURY DEMAND

Plaintiff demands a trial by jury against all entities not covered by the Federal Tort Claims Act.

Date: September 4, 2018                                  RESPECTFULLY SUBMITTED,


                                                         **/s/ Michael C. Robinett**
                                                         _____
                                                         Michael C. Robinett, #503231
                                                         SIMEONE & MILLER, LLP
                                                         1130 Connecticut Avenue, NW
                                                         Suite 350
                                                         Washington, DC 20036
                                                         (202) 628-3050
                                                         Fax: (202) 466-1833
                                                         mrobinett@simeonemiller.com
                                                         *Counsel for Plaintiff*